Paul D. Knothe, Bar No. 254011
pknothe@lcwlegal.com
Gabriella A. Kamran, Bar No. 348297
gkamran@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants RONERICK SIMPSON and CITY OF COMPTON

Ryan T. Trotta, Bar No. 307209
rtrotta@ferronelawgroup.com
Derek Thompson, Bar No. 350736
dthompson@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Drive, Suite 200
Westlake Village, CA 91361
Telephone:  805.373.5900
Facsimile:   818.874.1382

Attorneys for Plaintiff
LUIS HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUIS HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONERICK SIMPSON, an individual and as Fire Chief; CITY OF COMPTON, a public agency and municipal corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.:  2:25-cv-00184-GW (ADSx)<br><br>**JOINT POST-MEDIATION STATUS REPORT** |

Pursuant to the Court's March 28, 2025 Scheduling Order (ECF No. 23), Defendants City of Compton ("City") and Ronerick Simpson and Plaintiff Luis Hernandez ("Plaintiff") (collectively the "Parties"), through the Parties' attorneys

1

of record, hereby submit the following joint report regarding results of the Parties' mediation conference and the status of the case:

1. Pursuant to the Court's February 25, 2025 Notice to the Parties of Court-Directed ADR Program (ECF No. 17) and the Parties' Joint Rule 26(f) Report and Discovery Plan, filed on March 24, 2025 (ECF No. 21), the Parties stipulated to the selection of Marc D. Alexander from the Court's Mediation Panel to serve as the Panel Mediator in this matter (ECF No. 29).

2. The Parties participated in a half-day mediation conducted by Mr. Alexander on February 6, 2026 via Zoom. Counsel of record and client representatives with full authority to negotiate an agreement resolving all issues in this matter participated in the mediation. The Parties did not reach a settlement during the mediation.

3. The Parties do not intend to schedule a second mediation with a Panel Mediator. The Parties may communicate directly to continue alternative dispute resolution efforts at a later date.

4. The Parties' Post-Mediation Status Conference with the Court is scheduled for March 16, 2026 at 8:30 a.m.

Dated: February 9, 2026                     LIEBERT CASSIDY WHITMORE


By:   */s/ Gabriella A. Kamran*
      Paul D. Knothe
      Gabriella A. Kamran
      Attorneys for Defendants
      RONERICK SIMPSON and CITY OF COMPTON

1 | Dated: February 9, 2026

FERRONE LAW GROUP

By: */s/ Derek Thompson*
    Ryan T. Trotta
    Derek Thompson
    Attorneys for Plaintiff
    LUIS HERNANDEZ

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045