JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUIS HERNANDEZ,<br>Plaintiff,<br>v.<br>RONERICK SIMPSON, an individual and as Fire Chief; CITY OF COMPTON, public agency and municipal corporation; and DOES 1 - 10,<br>Defendants. | Case No.: CV 25-184-GW-ADSx<br>Complaint Filed: January 7, 2025<br>**ORDER OF DISMISSAL**<br>Date: November 12, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D (Chambers) |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure Section 41(a)(1)(ii), THE COURT ORDERS THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: November 9, 2026

HON. GEORGE H. WU,
United States District Judge